IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| NICOLE MELCHIOR, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:16-CV-1301 |
| APPLE HOMECARE MEDICAL SUPPLY, INC., | § § § § | |
| Defendant. | § § | |

### ORDER

Before the Court is the above-entitled action. On this day, the Court considered the parties' Joint Stipulation of Dismissal With Prejudice, (Dkt. 22). That Stipulation is hereby **ADOPTED**.

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Court **ORDERS, ADJUDGES, and DECREES** that this action is dismissed with prejudiced.

**IT IS FURTHER ORDERED** that all costs shall be taxed to the party incurring the same.

**IT IS FINALLY ORDERED** that this case is **CLOSED**.

**SIGNED** on February 1, 2018.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE